# First District Court of Appeal
## State of Florida

_____

No. 1D2023-0356
_____

SARASOTA COUNTY SCHOOL
BOARD/ COMMERCIAL RISK
MANAGEMENT,

     Appellants,

     v.

DEBORAH ZACHARKO,

     Appellee.

_____

On appeal from the Office of the Judges of Compensation Claims.
Erik B. Grindal, Judge.

Date of Accident: April 9, 2019.


June 14, 2024

PER CURIAM.

     AFFIRMED.

KELSEY, WINOKUR, and NORDBY, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————

Ben H. Cristal of Cristal Law Group, Clearwater, for Appellants.

Nicolette E. Tsambis and Bradley G. Smith of Smith, Feddeler, Smith, P.A., Lakeland, for Appellee.